UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

JAMES HICKS,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

Case No. 1:25-cv-01051-SOH

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1, the undersigned, counsel of record for Defendant Experian Information Solutions, Inc. ("Experian"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    a. Central Source LLC

    b. Online Data Exchange LLC

    c. New Management Services LLC

    d. VantageScore Solutions LLC

    e. Opt-Out Services LLC

3. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: July 23, 2025                          Respectfully submitted,

                                           */s/ Jason A. Spak*
                                           Jason A. Spak
                                           Troutman Pepper Locke, LLP
                                           501 Grant Street, Suite 300
                                           Pittsburgh, PA 15219
                                           T:  412-401-2000
                                           E:  jason.spak@troutman.com

                                           *Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                           */s/ Jason A. Spak*
                                           Jason A. Spak

                                           *Counsel for Defendant Experian Information Solutions, Inc.*