# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

JAMES HICKS,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

        Defendant.

Case No. 1:25-cv-01051-SOH

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff James Hicks's ("Plaintiff") Complaint (the "Complaint") as follows.

Experian denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs below. Experian further states that it lacks knowledge or information sufficient to form a belief about the truth or falsity of any and all allegations as they relate to the actions of third parties and therefore denies the same. Experian further states that its investigation of the present matter is ongoing. Accordingly, Experian reserves the right to amend this Answer. In response to the numbered paragraphs in the Complaint, Experian states as follows:

## INTRODUCTION

1. In response to paragraph 1 of the Complaint, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA"). Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages. Experian further states that the allegations contained in paragraph 1 appear to set forth Plaintiff's interpretation of the term "consumer reports" as defined under the FCRA, 15 U.S.C. § 1681a(d). Experian

affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 1 inconsistent therewith. As to the remaining allegations in paragraph 1, Experian denies, generally and specifically, each and every allegation contained therein.

## JURISDICTION AND VENUE

2. In response to paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. § 731. Experian states that this is a legal conclusion which is not subject to denial or admission. To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2 of the Complaint and therefore denies the same.

3. In response to paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged that venue is proper. Experian states that this is a legal conclusion which is not subject to denial or admission. To the extent a response is required, Experian admits that it is qualified to do business and conducts business in the State of Arkansas. Except as specifically admitted, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 3 of the Complaint and therefore denies the same.

## PARTIES

4. In response to paragraph 4 of the Complaint, Experian repeats and incorporates by reference its responses to all of the above paragraphs as if fully set forth herein.

5. In response to paragraph 5 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a natural person as defined by 15 U.S.C. § 1681a(b). Except as specifically admitted, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation therein.

6.	In response to paragraph 6 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c). Except as specifically admitted, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation therein.

7.	In response to paragraph 7 of the Complaint, Experian admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f), and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Experian further admits that its principal place of business is in Costa Mesa, California, and that it can be served through its registered agent, CT Corporation System.

8.	In response to paragraph 8 of the Complaint, Experian admits that it conducts business in the state of Arkansas. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 8 of the Complaint.

9.	In response to paragraph 9 of the Complaint, Experian admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f), and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation therein.

10.	In response to paragraph 10 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

11.     In response to paragraph 11 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

## FACTUAL ALLEGATIONS

### *The Role of Credit Reporting Agencies*

12.     In response to paragraph 12 of the Complaint, Experian repeats and incorporates by reference its responses to all of the above paragraphs as if fully set forth herein.

13.     In response to paragraph 13 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

14.     In response to paragraph 14 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 14 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, the remaining allegations in paragraph 14 of the Complaint.

15.     In response to paragraph 15 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 15 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, the remaining allegations in paragraph 15 of the Complaint.

16.     In response to paragraph 16 of the Complaint, Experian admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f), and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph

6 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation therein.

17.     In response to paragraph 17 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation therein.

18.     In response to paragraph 18 of the Complaint, Experian admits only that it obtains consumer information from various sources. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 18 of the Complaint that relates to Experian.

19.     In response to paragraph 19 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20.     In response to paragraph 20 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

21.     In response to paragraph 21 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.

22.     In response to paragraph 22 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 22 of the Complaint.

23.     In response to paragraph 23 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

24.     In response to paragraph 24 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

25.     In response to paragraph 25 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

26.     In response to paragraph 26 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

27.     In response to paragraph 27 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

28.     In response to paragraph 28 of the Complaint, including all subparts, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein, including all subparts.

29.     In response to paragraph 29 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein, including all subparts.

30.     In response to paragraph 30 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein, including all subparts.

31.     In response to paragraph 31 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

32.     In response to paragraph 32 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein, including all subparts.

33.     In response to paragraph 33 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein, including all subparts.

34.     In response to paragraph 34 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein, including all subparts.

35.     In response to paragraph 35 of the Complaint, Experian lacks have knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to paragraph 36 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.

37.     In response to paragraph 37 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.

38.     In response to paragraph 38 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 38 of the Complaint that relates to Experian.

39.     In response to paragraph 39 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.

40.     In response to paragraph 40 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 40 of the Complaint that relates to Experian.

41.     In response to paragraph 41 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.

42.     In response to paragraph 42 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.

*Plaintiff's Chapter 7 Bankruptcy*

43.     In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.     In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.     In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.     In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

*Inaccuracies in Defendants' Consumer Reports*

51.     In response to paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.     In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.     In response to paragraph 55 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

56.     In response to paragraph 56 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

57.     In response to paragraph 57 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

58.     In response to paragraph 58 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

59.     In response to paragraph 59 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

60.     In response to paragraph 60 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

61.     In response to paragraph 61 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to paragraph 62 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

63.     In response to paragraph 63 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64. In response to paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65. In response to paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66. In response to paragraph 66 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

67. In response to paragraph 67 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

68. In response to paragraph 68 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

69. In response to paragraph 69 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

*Plaintiff's Damages*

70. In response to paragraph 70 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.

71. In response to paragraph 71 of the Complaint, Experian denies, generally and specifically, each and every allegation therein.

72. In response to paragraph 72 of the Complaint, Experian denies, generally and specifically, each and every allegation therein.

73. In response to paragraph 73 of the Complaint, Experian denies, generally and specifically, each and every allegation therein.

74.     In response to paragraph 74 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75.     In response to paragraph 75 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every allegation contained in paragraph 75 of the Complaint that relates to Experian.

76.     In response to paragraph 76 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every allegation contained in paragraph 76 of the Complaint that relates to Experian.

## COUNT I
## DEFENDANT EXPERIAN'S VIOLATION OF THE FCRA, 15 U.S.C. §1681e(b)

77.     In response to paragraph 77 of the Complaint, Experian repeats and incorporates by reference its responses to all of the above paragraphs as if fully set forth herein.

78.     In response to paragraph 78 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 78 of the Complaint inconsistent therewith.  Experian further denies that it violated the FCRA.

79.     In response to paragraph 79 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation of paragraph 79 of the Complaint.

80.     In response to paragraph 80 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that it violated the FCRA.

81.     In response to paragraph 81 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

82.     In response to paragraph 82 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

83.     In response to paragraph 83 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation of paragraph 83 of the Complaint.

84.     In response to paragraph 84 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

85.     In response to paragraph 85 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

86.     In response to paragraph 86 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

87.     In response to paragraph 87 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

88.     In response to paragraph 88 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

89.     In response to paragraph 89 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that it violated the FCRA.

90.	In response to paragraph 90 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 90 of the Complaint inconsistent therewith.  Experian further denies that it violated the FCRA.

91.	In response to paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  Experian further denies that it violated the FCRA.

92.	In response to paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  Experian further denies that it violated the FCRA.

93.	In response to paragraph 93 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

94.	In response to paragraph 94 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

95.	In response to paragraph 95 of the Complaint, Experian denies that its conduct, action, or inaction was willful as alleged in the Complaint. Experian denies, generally and specifically, each and every remaining allegation of paragraph 95 of the Complaint.

96.     In response to paragraph 96 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation of paragraph 96 of the Complaint.

97.     In response to paragraph 97 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

98.     In response to paragraph 98 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

99.     In response to paragraph 99 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation of paragraph 99 of the Complaint.

100.    In response to paragraph 100 of the Complaint, Experian denies that it violated the FCRA. Experian further denies that its conduct, action, or inaction was willful as alleged in the Complaint. Experian denies, generally and specifically, each and every remaining allegation of paragraph 100 of the Complaint.

101.    In response to paragraph 101 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation of paragraph 101 of the Complaint.

102.    In response to paragraph 102 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 102 of the Complaint.

103.    In response to paragraph 103 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever

from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 103 of the Complaint.

104.     In response to paragraph 104 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 104 of the Complaint.

105.     In response to paragraph 105 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 105 of the Complaint.

106.     In response to paragraph 106 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 106 of the Complaint.

107.     In response to paragraph 107 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 107 of the Complaint.

## DEMAND FOR TRIAL BY JURY

Experian admits that Plaintiff has demanded a jury trial on all issues so triable.

## RESPONSE TO PRAYER FOR RELIEF

In response to the paragraph titled "PRAYER FOR RELIEF," including each of its subparts, Experian denies that it has violated the FCRA and denies that Plaintiff is entitled to any

16

relief from Experian. Experian further denies, generally and specifically, each and every allegation contained in Plaintiff's "PRAYER FOR RELIEF" that relates to Experian.

## AFFIRMATIVE AND OTHER DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## SECOND AFFIRMATIVE DEFENSE

### (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## THIRD AFFIRMATIVE DEFENSE

### (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff was the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FOURTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

## FIFTH AFFIRMATIVE DEFENSE

### (LACHES)

The claim for relief set forth in the Complaint is barred by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself, and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SEVENTH AFFIRMATIVE DEFENSE

### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## EIGHTH AFFIRMATIVE DEFENSE

### (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## NINTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

### (INDEPENDENT INTERVENING CAUSE)

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## ELEVENTH AFFIRMATIVE DEFENSE

### (MOOTNESS)

Plaintiff's claim is barred, in whole or in part, to the extent that the claim or relief sought is moot.

## TWELFTH AFFIRMATIVE DEFENSE

### (WAIVER)

Plaintiff's claim is barred, in whole or in part, by the doctrine of waiver.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (IMPROPER REQUEST FOR PUNITIVE DAMAGES)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (ARBITRATION DEFENSES)

Experian alleges on information and belief that Plaintiffs' claims may be the subject of an arbitration agreement between themselves and Experian.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)     For costs of suit and attorneys' fees herein incurred; and

(3)     For such other and further relief as the Court may deem just and proper.


Dated: August 13, 2025                    Respectfully submitted,


                                          */s/ Lauren E. Lacey*
                                          Lauren E. Lacey
                                          Troutman Pepper Locke, LLP
                                          401 9th Street, NW, Suite 1000
                                          Washington, DC 20004
                                          T:  212-704-6068
                                          E:  Lauren.lacey@troutman.com

                                          *Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Lauren E. Lacey*
Lauren E. Lacey

*Counsel for Defendant Experian Information Solutions, Inc.*

318322388